Same case below, 655 F.3d 608.

**No. 11-7769. Robert Keith King, Petitioner v. United States.**

565 U.S. 1169, 132 S. Ct. 1121, 181 L. Ed. 2d 1001, 2012 U.S. LEXIS 649.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 442 Fed. Appx. 115.

**No. 11-7772. Alejandro Serrano Domenech, Petitioner v. United States.**

**No. 11-7773. William Serrano Domenech, Petitioner v. United States.**

565 U.S. 1169, 132 S. Ct. 1122, 181 L. Ed. 2d 1001, 2012 U.S. LEXIS 597.

January 17, 2012. Petitions for writs of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same cases below, 430 Fed. Appx. 392.

**No. 11-7779. Eric Scott, Petitioner v. United States.**

565 U.S. 1169, 132 S. Ct. 1122, 181 L. Ed. 2d 1001, 2012 U.S. LEXIS 657.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 440 Fed. Appx. 772.

**No. 11-7780. Reginald Steward, Petitioner v. United States.**

565 U.S. 1169, 132 S. Ct. 1122, 181 L. Ed. 2d 1001, 2012 U.S. LEXIS 647.

January 17, 2012. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 16 A.3d 974.

**No. 11-7785. Hugo Cruz, Petitioner v. United States.**

565 U.S. 1169, 132 S. Ct. 1122, 181 L. Ed. 2d 1001, 2012 U.S. LEXIS 586.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 440 Fed. Appx. 591.

**No. 11-7786. Barron Walker, Petitioner v. United States.**

565 U.S. 1170, 132 S. Ct. 1122, 181 L. Ed. 2d 1001, 2012 U.S. LEXIS 654.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 657 F.3d 160.

**No. 11-7788. Richard Valenzuela, Petitioner v. United States.**

565 U.S. 1170, 132 S. Ct. 1123, 181 L. Ed. 2d 1001, 2012 U.S. LEXIS 638.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 657 F.3d 811.